FILE COPY

No. 07-18-00144-CR

| | | |
|---|---|---|
| Fernando Avila<br>    Appellant | § | From the 108th District Court<br>    of Potter County |
| | § | |
| v. | | July 24, 2019 |
| | § | |
| The State of Texas<br>    Appellee | § | Opinion Per Curiam |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated July 24, 2019, it is ordered, adjudged and decreed that the judgment of the trial court is modified as set forth in the opinion and affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o